■ BRUCE M. WRIGHT, Petitioner, v JUDICIARY RELATIONS COMMITTEE, FIRST JUDICIAL DEPARTMENT, et al., Respondents.—The above-entitled proceeding and the cross motion to dismiss the petition transferred to the Appellate Division, Third Department, for hearing and determination, pursuant to CPLR 5711. Concur—Stevens, P. J., Markewich, Kupferman, Murphy and Nunez, JJ.

■ In the Matter of ALBERT J. BRACKLEY, on Behalf of JOHN PETRUCELLI, Petitioner, v JUSTICES OF THE NEW YORK SUPREME COURT OF BRONX COUNTY et al., Respondents.—Application for an order, pursuant to article 78 of the CPLR, in the nature of prohibition, prohibiting the trial of petitioner, and for other relief, unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Murphy, J. P., Tilzer, Capozzoli, Lane and Nunez, JJ.

■ ARTHUR T. BAKER et al. v JACQUES STERLING et al.—Motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur—Kupferman, J. P., Murphy, Lupiano and Lane, JJ.

## (April 24, 1975)

■ SAM TANNENBAUM, Appellant, v FRANCES TANNENBAUM, Respondent.—Order, Supreme Court, Bronx County, entered on January 7, 1975, which denied, in part, plaintiff's application to modify a judgment of divorce, unanimously modified, on the law and the facts, to the extent of reducing the amount to be paid to the wife as alimony to $25 per week, and, as so modified, the order is affirmed, without costs and without disbursements. Upon the present record, considering all the facts disclosed on the reference, sufficient was demonstrated to warrant a reduction of the amount of support for the wife, and the divorce judgment should have been modified by reducing the alimony award to the extent indicated herein. Concur—Stevens, P. J., Markewich, Kupferman, Lupiano and Nunez, JJ.